# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELLENI RUALES,**

      **Plaintiff,**

v.                                                                      **Case No: 6:21-cv-1949-ACC-EJK**

**MONARCH RECOVERY**
**MANAGEMENT, INC.,**

      **Defendant.**

___

## ORDER DIRECTING COMPLIANCE

The Court, on its own initiative, has reviewed the file in this case. It is hereby

**ORDERED** that no later than fourteen (14) days from the date of this order the Plaintiff shall file a written response why sanctions should not be imposed for failure to comply with the Court's Order Staying the Case (Doc. No. 10), which directed counsel to file a status report every 90 days.   Failure to respond shall result in sanctions being imposed upon counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 29, 2022.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties